FILED' 09 NOV 23 14:27 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Roberta Hamrick**                              Case Number CV 07-3089--CL

        Plaintiff,                              **JUDGMENT**

  v.

**AQUA GLASS, INC.**, a foreign business corporation,

        Defendant.

CLARKE, Magistrate Judge.

    Judgment is entered in favor of plaintiff Roberta Hamrick and against defendant Aqua Glass, Inc. in the amount of $75,000, exclusive of costs and fees now accrued.

DATED this 23 day of November, 2009.

_____
Mark D. Clarke
United States Magistrate Judge

Page 1 - Judgment